IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                CASE NO. 4:05cr00181-01 JMM

ROBERT THOMAS HOUSTON

## ORDER

Pending before the Court is the United States' motion to revoke supervised release and motion for summons (DE #46).

The motion for summons to be issued is granted. The Clerk is directed to issue a summons and the U.S. Marshal is directed to serve the summons and a copy of this Order on Defendant to appear **Friday, September 13, 2013 at 9:15 a.m.,** Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Room 4A, Little Rock, Arkansas, for a hearing on the motion to revoke supervised release. The summons should state that the defendant is to report to the United States Probation Office thirty (30) minutes prior to the scheduled hearing. The Clerk is directed to provide a copy of the motion to the United States Marshal.

Mr. Chris Tarver, Assistant Federal Public Defender is provisionally appointed to represent Defendant in the revocation proceedings. The United States Probation Office is directed to obtain a completed financial affidavit from Defendant and provide a copy to the Court to determine if Defendant is financially unable to employ counsel.

The Clerk is directed to provide a copy of this Order to the United States Probation Office.

IT IS SO ORDERED this 19th day of August, 2013.

*James M. Moody*
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE